**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>        Plaintiff,<br><br>v.<br><br>AUDREY KING, et al.,<br><br>        Defendants. | Case No.: 1:18-cv-00091-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, WITHOUT PREJUDICE<br>(ECF No. 2)<br><br>ORDER TO SUBMIT A NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $400.00 FILING FEE WITHIN THIRTY (30) DAYS |

      Plaintiff Archie Cranford is a civil detainee appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on January 12, 2018. On that same day, Plaintiff filed a motion to proceed in forma pauperis by a prisoner. (ECF No. 2.)

      Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000). In this case, Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED, without prejudice;

2. The Clerk's Office shall send Plaintiff a blank form for application to proceed in forma pauperis for a non-prisoner;

3. Within thirty (30) days of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis for a non-prisoner, or in the alternative, pay the $400.00 filing fee for this action;

4. Failure to comply with this order will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

Dated: **January 19, 2018**

UNITED STATES MAGISTRATE JUDGE